**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMES D. NESTOR,

Plaintiff,

vs.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

Case No.: 6:16-cv-2060-Orl-41DCI

# COMPLAINT

COMES NOW the Plaintiff, JAMES D. NESTOR, by and through the undersigned attorney, and files this Complaint stating a cause of action against Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and alleges as follows:

1. This is an action for recovery of benefits under an employee welfare benefit plan brought pursuant to 29 U.S.C. §1132(a)(1)(b)(ERISA).

2. Plaintiff, JAMES D. NESTOR, is an adult resident citizen of Brevard County, Florida.

3. Defendant, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA (hereinafter "THE PRUDENTIAL"), is a foreign corporation authorized to engage and engaging in business within the State of Florida.

4. This Court maintains subject matter jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

5. Plaintiff, his employer Gerelco Electrical Contractors, Inc., and/or PruValue Insurance Benefits Trust purchased a contract of salary continuance insurance including long-term disability benefits (LTD) (hereinafter "the Plan"), effective on or about July 1, 2010.

6. At all times material to this Complaint, the Plan was in full force and effect and Plaintiff was a Plan participant.

7. Defendant, THE PRUDENTIAL, is in possession of all master Plan documents.

8. Defendant is a third party plan administrator or claims fiduciary given discretion to interpret Plan provisions and is a Plan fiduciary, or alternatively, is a plan fiduciary without discretion to interpret Plan provisions.

9. On or before January 14, 2014, Plaintiff became totally disabled from his past employment as defined by the Plan, due to chronic low back pain, bi-lateral hip joint pain, total hip replacement, left leg weakness, trigger finger, lumbar radiculitis, osteoarthritis, and other exertional and non-exertional impairments.

10. Plaintiff made a timely application for disability benefits under the Plan.

11. Plaintiff's application for benefits was approved by Defendant or its agents on or about March 26, 2014, effective April 14, 2014.

12. Plaintiff received monthly disability benefits from THE PRUDENTIAL, for the period April 14, 2014 to April 13, 2016.

13. On or about April 14, 2016, Defendant notified Plaintiff that Defendant was terminating Plaintiff's claim for ongoing disability benefits, effective April 13, 2016.

14. Plaintiff appealed said termination of benefits on or about October 11, 2016.

15. On or about November 10, 2016, Defendant upheld its denial.

16. Plaintiff continues to remain totally disabled from employment, as defined by the Plan, due to chronic low back pain, bi-lateral hip joint pain, total hip replacement, left leg weakness, trigger finger, lumbar radiculitis, and osteoarthritis.

17. Plaintiff has exhausted all mandatory administrative remedies afforded by the Plan and has otherwise complied with all conditions precedent to this action.

18. Each of the Defendant's denials of Plaintiff's claims for LTD benefits was arbitrary and capricious, constituted abuse of Defendant's discretion under the Plan, and derogated Plaintiff's right to disability benefits under the terms of the Plan.

WHEREFORE, Plaintiff prays for a judgment against the Defendant for all Plan benefits owing at the time of said judgment, pre-judgment interest, attorney's fees, costs of this action,

and all other relief deemed just and proper by the Court.

Dated: November 23, 2015

Nick A. Ortiz
Florida Bar No. 12699
Ortiz Law Firm
823 E. Jackson St
Pensacola, FL 32501
(850) 308-7833(P)
(850) 208-3613 (F)
nick@nickortizlaw.com